# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER JR., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>MATTHEW CATE, et al., <br><br>　　　　Defendants. | Case No. CV 12-5760-BRO (DTB) <br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /
/ / /

1      IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted
2  and that Judgment be entered dismissing this action without prejudice, but without
3  further leave to amend.

6  DATED: October 4, 2013

                                             BEVERLY REID O'CONNELL
                                             UNITED STATES DISTRICT JUDGE