JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER JR., | Case No. CV 12-5760-BRO (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MATTHEW CATE, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice, but without further leave to amend.

DATED: October 4, 2013

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE